# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1336. JEFFERY FOSTER v. THE STATE.**

In 2013, Jeffery Foster pleaded guilty to terroristic threats, criminal damage to property in the second degree, simple assault, and cruelty to children in the third degree. On May 19, 2017, Foster's probation was revoked. He thereafter filed this direct appeal.[1] We, however, lack jurisdiction.

An application for discretionary appeal is required to appeal orders revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Foster's failure to comply with the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] In his original notice of appeal, filed on June 7, 2017, Foster references a May 25, 2017, trial court order sustaining a motion to quash the indictment. But no such motion or order is part of the record on appeal. Foster thereafter filed an amended notice of appeal, challenging the revocation of his probation.